Aaron W. Baker, OSB No. 922220
aaron@awbakerlaw.com
Serena L. Liss, OSB No. 154799
serena@awbakerlaw.com
BAKER LAW PC
One SW Columbia, Suite 1850
Portland, OR 97258
Phone: 503/ 234-8800
Fax: 503/ 525-0650

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CESAR FERNANDEZ,** | Case No. 3:18-cv-00141-HZ |
| Plaintiff, | |
| v. | STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES |
| **APOLLO MECHANICAL CONTRACTORS, INC.,** | |
| Defendant. | |

Pursuant to FRCP 41(a)(1), Plaintiff and Defendant, by and through their counsel of record, hereby stipulate that this action and all claims and counterclaims herein shall be dismissed with prejudice and without attorney fees or costs to any party.

Baker Law PC                                       Lewis Brisbois Bisgaard & Smith LLP


*/s/ Aaron W. Baker*                               */s/ Sharon C. Peters*
Aaron W. Baker, OSB # 922220                       Sharon C. Peters, OSB # 041305
(503) 234-8800                                     (503) 802-2154
Of Attorneys for Plaintiff                         Of Attorneys for Defendant
aaron@awbakerlaw.com                               sharon.peters@lewisbrisbois.com

Page 1    STIPULATED NOTICE OF DISMISSAL WITH
         PREJUDICE AND WITHOUT COSTS OR FEES

BAKER LAW PC
1 SW Columbia St, Suite 1850
Portland, Oregon 97258
Telephone (503) 234-8800